# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI
# CENTRAL DIVISION

### JUDGMENT IN A CIVIL CASE

TODD M JEUDE,

    Plaintiff,

v.                                           Case No. 21-4019-CV-C-SRB-P

ANNE L. PRECYTHE, et al.,

    Defendants.

- ☐ **JURY VERDICT**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

- ☒ **DECISION OF THE COURT**. This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED**: This case is dismissed without prejudice for failure to state a claim.

Entered on: March 31, 2021

                                                    PAIGE WYMORE-WYNN
                                                    CLERK OF COURT

                                                    /s/ K. Willis
                                                    (By) Deputy Clerk